IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| DANIEL MEYERS, | } |
| Plaintiff, | } |
| v. | } DOCKET NO.: 1:15-CV-050 |
| | } MATTICE/LEE |
| BLUECROSS BLUESHIELD | } |
| OF TENNESSEE, INC., | } JURY DEMAND REQUESTED |
| Defendant. | } |

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

COMES NOW the Plaintiff, DANIEL MEYERS (hereinafter, "Plaintiff"), by and through counsel of record, and hereby provides notice to the Court that the instant action against Defendant BlueCross BlueShield of Tennessee, Inc. (hereinafter, "Defendant") has settled. Accordingly, Plaintiff hereby dismisses with prejudice this action against Defendant.

Respectfully submitted this __19th__ day of May, 2015.

*Law Office of*
*JAMES W. FRIAUF, PLLC*

/s/ James Friauf
JAMES W. FRIAUF (#027238)
P.O. Box 24349
Knoxville, TN 37933
Tele: (865) 236-0347
Fax: (865) 253-7261
Email: james@friauflaw.com
Our File No.: 15-032

*Attorney for Plaintiff, Daniel Meyers*

1